FILED
DEC 03 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE HOLDERMAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **13 CR 928** |
| v. ) | |
| ) | Violations: Title 18, United States |
| TIMOTHY HOFFER ) | Code, Sections 2314 and 912 |

MAGISTRATE JUDGE COLE

## COUNT ONE

The SPECIAL AUGUST 2012 GRAND JURY charges:

1. At times material to the indictment:

    a. Defendant TIMOTHY HOFFER lived in Las Vegas, Nevada;

    b. Individual A operated an illegal gambling business in Bensenville, Illinois, and elsewhere;

    c. Individual B lived in Las Vegas, Nevada, and was an acquaintance of both HOFFER and Individual A;

    d. In or about November 2008, HOFFER learned that Individual A believed himself to be under investigation by the Federal Bureau of Investigation for his illegal gambling activities;

    e. In or about November 2008, HOFFER falsely represented to Individuals A and B that HOFFER was employed by the FBI, an agency of the United States;

    f. In or about November 2008, HOFFER falsely represented to Individuals A and B that HOFFER had information indicating that Individual A was

1

under investigation by the FBI. HOFFER told Individual A that he could avoid detection of his gambling operation, by, among other things, destroying any computers and printers that Individual A had used as part of that operation;

 g. On or about November 13, 2008, HOFFER traveled to the Chicago, Illinois, area with Individual B to meet with Individual A in HOFFER's capacity as a purported FBI employee;

 h. On or about November 14, 2008, HOFFER met with Individual A in the Chicago area. During this meeting, HOFFER claimed to have met with various officials in Chicago and to have arranged for the purported investigation into Individual A to be dropped. HOFFER solicited money from Individual A in exchange for his help with the purported investigation into Individual A. HOFFER and Individual A agreed that Individual A would pay HOFFER the sum of $35,000;

 i. On or about November 16, 2008, Individual A provided Individual B with $35,000 in cash and directed Individual B to deliver the cash to Hoffer, which Individual B did on or about that same day;

 j. On or about November 17, 2008, in Chicago, HOFFER deposited $9,000 of the $35,000 he received from Individual A into HOFFER's bank account with Citibank;

 k. On or about November 17, 2008, HOFFER flew from Chicago, Illinois, to Las Vegas, Nevada. During that flight, HOFFER carried with him approximately $26,000 of the money he received from Individual A;

2. On or about November 17, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

TIMOTHY HOFFER,

defendant herein, transported in interstate commerce, money, of a value of $5,000 or more, knowing the same to have been taken by fraud;

In violation of Title 18, United States Code, Section 2314.

## COUNT TWO

The SPECIAL AUGUST 2012 GRAND JURY further charges:

1. The allegations in Paragraph 1 of Count One of this indictment are hereby realleged and incorporated as if fully set forth herein.

2. In or about October and November 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

TIMOTHY HOFFER,

defendant herein, falsely assumed and pretended to be an officer and employee acting under the authority of the United States, that is, an employee of the Federal Bureau of Investigation, and in such assumed and pretended character did demand and obtain a thing of value, namely, the sum of $35,000;

In violation of Title 18, United States Code, Section 912.

## FORFEITURE ALLEGATION

The SPECIAL AUGUST 2012 GRAND JURY further alleges:

1. The allegations contained in this indictment are incorporated here for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. As a result of the violation of Title 18, United States Code, Section 2314, as alleged in Count One of this indictment,

TIMOTHY HOFFER,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), all property constituting, and derived from, and traceable to, proceeds obtained, directly or indirectly, as a result of defendant's violations of Title 18, United States Code, Sections 2314, including approximately $35,000.

3. If any of the forfeitable property described above, as a result of any act or omission by the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property

under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

                                              A TRUE BILL:

                                              _____

                                              FOREPERSON

_____

UNITED STATES ATTORNEY